## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OFPENNSYLVANIA

|  |  | : |  |  |
|---|---|---|---|---|
| IN RE: | Joseph John Gleason | : | Chapter 13 | |
| | | : | No. | 20-12672-AMC |

## MOTION TO RECONSIDER ORDER DISMISSING CHAPTER 13 CASE

Joseph John Gleason, the "Debtor(s)" in the above captioned bankruptcy case now comes and moves this court to vacate its July 19, 2023 Order Dismissing the bankruptcy matter and in support thereof avers the following:

1.　The above captioned bankruptcy matter was originally filed as a Chapter 13 on or about June 17, 2020.

2.　The Chapter 13 bankruptcy matter was assigned case number 20-12672-AMC.

3.　The Chapter 13 Bankruptcy filing was for the purpose of repayment of known debts listed on the debtor's credit report at the time of filing based on disposable income.

4.　During the course of the case the Trustee filed a Motion to Dismiss based upon failure to appear at the Creditors Meeting and for "Unreasonable Delay."

"The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

(A true and correct copy of the motion is attached hereto and marked as Exhibit A.)

5.      On July 19, 2023, the case was dismissed on the Trustee's Motion.  (A true and correct copy of the Order is attached as Exhibit B).

6.      At the time of the hearing the Debtor was in arrears by less approximately three payments and in the amount of $25,157.36.

7.      At the time of this motion is heard the Debtor will have accumulated another payment due for a total arrears of $31,535.84.

8.      Debtor has ready funds and is prepared to make a payment to the Trustee sufficient to bring the Plan current

9.      Based on the aforementioned, the Debtor is seeking to have this Court's July 19, 2023, Order vacated, the Debtor's bankruptcy reinstated.

WHEREFORE, Debtor respectfully requests that the Court reconsider its July 19, 2023, Order dismissing Debtor's Chapter 13 case, reinstate the Bankruptcy proceeding and re-list the case for confirmation.

                                        Respectfully submitted,


Dated:  July 20, 2023                   /S/ Anthony A. Frigo
                                        Anthony A. Frigo, Esquire
                                        175 Strafford Ave.., Suite One
                                        Wayne, PA 19087
                                         610.687.7784