IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| IN RE: | Joseph John Gleason | : : : | Chapter 13 No.     20-12672-AMC |

### ORDER VACATING DISMISSAL

AND NOW, this  2nd  day of  Nov. 2023, upon consideration of the Motion To Reconsider Order, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated July 19, 2023 dismissing this case is vacated.

_____
Ashely M. Chan
U.S. Bankruptcy Judge